United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JULISSA ARRIANA ROJAS § § § | |
| vs. § | CIVIL ACTION NO. 7:22-CV-00052 |
| § § | |
| JORGE ALBERTO MORAZAN and § COLD FREIGHT TRANSPORT, § Individually § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 21st day of June, 2022, came to be considered Plaintiff, JULISSA ARRIANA ROJAS, and Defendants JORGE ALBERTO MORAZAN and COLD FREIGHT TRANSPORT's, Individually, Joint Stipulation of Dismissal with Prejudice as per Federal Rule Civil Procedure 41(a)(2). The Court is of the opinion that same should be GRANTED.

IT IS ACCORDINGLY ORDERED that the claims of Plaintiff, JULISSA ARRIANA ROJAS against Defendants, JORGE ALBERTO MORAZAN and COLD FREIGHT TRANSPORT, Individually, in the above-entitled and numbered cause be, and hereby are, in all things **DISMISSED WITH PREJUDICE**, with taxable court costs incurred in this matter to be taxed against the party incurring same.

Signed on this 21st day of June, 2022.

_Ricardo H. Hinojosa_
U.S. ~~Magistrate~~ District Judge

1